**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| CLAYTON J. WAGNER, an Individual; and DOROTHY M. WAGNER, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC, d/b/a MR. COOPER, a Delaware Limited Liability Company; AFFINIA DEFAULT SERVICES, a Florida Limited Liability Company; and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No.: 8:18-cv-01165-CJC-JDE<br><br>Judge: Hon. Cormac J. Carney<br>Dept: 7C<br><br>[~~PROPOSED~~] ORDER FOR JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE. |

- 1 -

[~~PROPOSED~~] ORDER.

| | |
|---|---|
| 1 | WHEREAS, Defendant NATIONSTAR MORTGAGE, LLC, d/b/a MR. |
| 2 | COOPER ("NATIONSTAR") and Plaintiffs CLAYTON J. WAGNER and |
| 3 | DOROTHY M. WAGNER ("PLAINTIFFS") through their respective attorneys of |
| 4 | record, pursuant to Federal Rule of Civil Procedure Rule 41(a), that all claims and |
| 5 | demands asserted by PLAINTIFFS in this action shall be dismissed with prejudice, |
| 6 | each party to bear their own costs and attorney fees; and |
| 7 | WHEREAS, it appears to the Court that the terms of the stipulation appear |
| 8 | proper, and upon good cause showing, |
| 9 | IT IS HEREBY ORDERED that all claims and demands asserted by |
| 10 | PLAINTIFFS in this action shall be and hereby are dismissed. |
| 11 | IT IS HEREBY ORDERED with prejudice, each party to bear their own |
| 12 | costs and attorney's fees. |

DATED: 1/25/2019

UNITED STATES DISTRICT COURT

By: _____
Hon. Cormac J. Carney